**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION**

In re:

STEWART, KELLY
STEWART, KAREN

      Debtor(s).

Chapter 7

Case No. 10-28521-MGW

**REPORT AND NOTICE OF INTENTION TO SELL
PROPERTY OF THE ESTATE**

TO:    Creditors, Debtor(s) and Parties in Interest:

DOUGLAS N. MENCHISE, the Trustee duly appointed and acting for the above captioned estate, reports that he intends to sell on or after 21 days from the date of mailing by the Bankruptcy Court, at the following location: 300 Turner Street, Clearwater, FL 33756, the following property of the Debtor(s), under the terms and conditions set forth below.

1.    Description of Property:

    Estate's interest in non-exempt portion of 2004 Hyundai Santa Fe

2.    Manner of Sale:  Private Sale

3.    Terms of Sale:  Cash or cashiers check

    a.    **To:**        **STEWART, KELLY
STEWART, KAREN**
        **Address:**  **7103 24TH AVE W
BRADENTON, FL 34209**

    b.    **Sale Price:**    **$2,357.00**

    c.    (1)    All right, title and interest of bankruptcy estate, if any.

         (2)    Subject to all liens, assessments, charges, encumbrances, and all back due tax liens, if any.  No warranties of no liens.  No warranties of any kind.

The Trustee will entertain any higher bids for the purchase of the assets of the Debtor(s) which the Trustee proposes to sell.  Such bids must be in writing and accompanied by a deposit of 100% of the proposed higher purchase price.  Any higher bids must be received by the Trustee at the address listed below no later than the close of business on 20 days from the date of mailing by the Bankruptcy Court as is indicated below.  If more than one bid has been received, an auction will occur among said bidders after 20 days.

NOTICE IS HEREBY GIVEN that all objections to the sale described above shall be in writing and shall be filed with the United States Bankruptcy Court, Sam M. Gibbons U.S. Courthouse, Ste. 727, 801 N. Florida Avenue, Tampa, FL 33602-3899, and a copy of same shall be served on the Trustee within 20 days from the date of mailing.  The objections shall state the reasons therefore and shall include a request for a hearing on the objection.  If no objection is filed, the sale described above will take place.

I HEREBY CERTIFY that a true and correct copy of the above and foregoing has been furnished by electronic notification to the Office of the United States Trustee, USTPRegion21.TP.ECF@USDOJ.GOV, on May 16, 2011.

      /s/    Douglas N. Menchise
DOUGLAS N. MENCHISE, TRUSTEE
300 Turner Street
Clearwater, FL  33756
(727)  442-2186
FL Bar No. 214965